[Nos. 30701-4-II; 30711-1-II.   Division Two.   December 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WAYNE YOUNG, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 03-1-00374-3, Robert L. Harris, J., entered July 25, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 31043-1-II.   Division Two.   December 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMARA JO O'CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-00953-1, D. Gary Steiner, J., entered October 24, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 31343-0-II.   Division Two.   December 21, 2004.]

FRIEND AND FRIEND ENTERPRISES, INC., *Appellant*, v. THURSTON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-2-00993-3, James B. Sawyer II, J., entered January 21, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31764-8-II.   Division Two.   December 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE MUDDARI, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-2-00974-6, Stephen M. Warning, J., entered April 30, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.